IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SEKOU T. RUDOLPH, #220674,          :

    Plaintiff,                      :

vs.                                 :    CIVIL ACTION 12-0263-WS-M

PAMELA BARBER, *et al.*,            :

    Defendants.                     :


ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is **ORDERED** that Plaintiff's Motion to Amend (Doc. 33) be **DENIED**.

DONE this 2nd day of January, 2013.


s/WLLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE