```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

SEKOU T. RUDOLPH, #220674,          :

    Plaintiff,                      :

vs.                                 :   CIVIL ACTION 12-0263-WS-M

PAMELA BARBER, *et al.*,            :

    Defendants.                     :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion to Amend (Doc. 33) be **DENIED.**

DONE this 2nd day of January, 2013.

                                              s/WILLIAM H. STEELE
                                              CHIEF UNITED STATES DISTRICT JUDGE