```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

SEKOU T. RUDOLPH, #220674,     :

    Plaintiff,              :

vs.                            :   CIVIL ACTION 12-0263-WS-M

PAMELA BARBER, *et al.*,       :

    Defendants.             :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion to Amend (Doc. 33) be **DENIED.**

DONE this 2nd day of January, 2013.

                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE