```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

SEKOU T. RUDOLPH,                 :
(AIS # 220674)
                                  :
Plaintiff,
                                  :
vs.                                         CIVIL ACTION 12-CV-00263-WS-M
                                  :
PAMELA BARBER, *et al.*,
                                  :
Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendants Dr. Pamela Barber, Rene Nettles, Debra Poindexter, Donny Myers, and Correctional Medical Services, Inc. be **DISMISSED** with prejudice from Plaintiff's Complaint.

**DONE** this 14th day of March, 2013.

                              **s/WILLIAM H. STEELE**
                              **CHIEF UNITED STATES DISTRICT JUDGE**