IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SEKOU T. RUDOLPH,                      :
(AIS # 220674)
                                       :
Plaintiff,
                                       :
vs.                                        CIVIL ACTION 12-CV-00263-WS-M
                                       :
PAMELA BARBER, *et al.*,
                                       :
Defendants.

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Defendants Dr. Pamela Barber, Rene Nettles, Debra Poindexter, Donny Myers, and Correctional Medical Services, Inc. are hereby **DISMISSED** with prejudice from Plaintiff's Complaint.

**DONE** this 14th day of March, 2013.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE