```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

SEKOU RUDOLPH,                       :
    Plaintiff,                   :
                                     :
vs.                                  :    CIVIL ACTION 12-263-WS-M
                                     :
PAMELA BARBER, et al.,               :
                                     :
    Defendants.                  :

<u>ORDER</u>

After due and proper consideration of the issues raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the Plaintiff's Request to Proceed In forma Pauperis is hereby **DENIED** because the appeal is frivolous, without arguable merit and not taken in good faith.

DONE this 3rd day of June, 2013.

<u>s/WILLIAM H. STEELE</u>
CHIEF UNITED STATES DISTRICT JUDGE